

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00364-CV

RAMAR COMMUNICATIONS, APPELLANT

V.

SONO AG LLC A/K/A SONO-AG, APPELLEE

On Appeal from the 64th District Court
Hale County, Texas
Trial Court No. A42032-1802, Honorable Danah L. Zirpoli, Presiding

November 20, 2019

MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant Ramar Communications filed a notice of appeal without paying the requisite filing fee. By letter of October 22, 2019, the Clerk of this Court notified appellant that failure to pay the filing fee by November 1 would result in dismissal of the appeal. To date, appellant has not paid the filing fee or had any further communication with this Court. Because appellant has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. TEX. R. APP. P. 42.3(c).

Per Curiam